IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                    **8:17CR336**

v.

WENDY HECHTMAN,                                              **ORDER**

                    Defendant.

This matter is before the Court on defendant Wendy Hechtman's ("Hechtman")[1] *pro se* Motion for Sentence Reduction (Filing No. 215) pursuant to 18 U.S.C. § 3582(c)(1)(A).  That statute authorizes Hechtman to move the Court to "reduce [her] term of imprisonment" for "extraordinary and compelling reasons" thirty days after the warden of the facility where she is incarcerated receives a request to file such a motion on her behalf.

Upon initial review, the Court finds Hechtman has potentially raised a colorable claim under § 3582(c)(1)(A)(i) and that appointing counsel will aid the Court in determining whether her circumstances warrant any relief.  Accordingly,

IT IS ORDERED:

1.    The Federal Public Defender for the District of Nebraska is appointed to represent Hechtman for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce her term of imprisonment.

2.    In the event the Federal Public Defender should decline this appointment because of a conflict of interest or on the basis of the Amended Criminal Justice Act Plan, the Federal Public Defender shall provide the Court with a draft appointment order (CJA Form 20) bearing the name and other

---

[1]Hechtman reports that she currently goes by "Wendy Lankton" but has not formally moved to change her name in her criminal case, nor is it clear that it would be in her best interests in the long run to do so.  At this point, the Court will continue to use Hechtman.

identifying information of the CJA Panel attorney identified in accordance with the Amended Criminal Justice Act Plan for this district.

3.   If upon review the Federal Public Defender should conclude that Hechtman's motion is frivolous, the Federal Public Defender may move to withdraw as counsel.

4.   The U.S. Probation and Pretrial Services Office is directed to investigate Hechtman's sentence-reduction request and promptly file under seal a report on that investigation.

5.   The probation office is authorized to disclose Presentence Investigation Reports to the Federal Public Defender and the United States Attorney for the purpose of evaluating the motion.  Hechtman's counsel shall provide the Presentence Investigation Report to any subsequently appointed or retained counsel.  In accordance with the policy of the Federal Bureau of Prisons, no Presentence Investigation Report shall be provided to inmates.

6.   The government and Hechtman's counsel shall each file within ten days of the probation office filing its investigation report a brief addressing Hechtman's request for sentencing relief and provide any evidence necessary to the Court's disposition of her motion.  Absent an extension, the motion shall be deemed fully briefed and submitted as of that date.

Dated this 5th day of March 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2