IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17CR336 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| | ) | |
| WENDY HECHTMAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

David R. Stickman hereby enters his appearance as counsel on behalf of the

Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 7th day of March, 2024.

Respectfully submitted,

Wendy Hechtman, Defendant,

By /s/ David R. Stickman
  David R. Stickman
  Attorney for Defendant
  222 South 15th Street, #300N
  Omaha, NE 68102
  Telephone: (402) 221-7896
  Fax: (402) 221-7884
  E-Mail: David_Stickman@fd.org